**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Corey Vasquez, | No. CV-21-00320-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Dan Keen Services Incorporated, et al., | |
| Defendants. | |

Before the Court is Plaintiff's motion for leave to file amended complaint, which is fully briefed.  (Docs. 9, 21, 22.)  Plaintiff filed suit on February 23, 2021.  (Doc. 1.) Pursuant to Fed. R. Civ. P. 15(a)(1)(A), he was entitled to amend his pleading once as a matter of course within 21 days after serving it.  On March 16, 2021, within this 21-day period, Plaintiff sought the Court's leave to file an amended complaint.  Because Plaintiff was still entitled to file his amended pleading as a matter of course, the Court looks no further and finds that Plaintiff's motion should be granted.

**IT IS ORDERED** that Plaintiff's motion for leave to file amended complaint (Doc. 9) is **GRANTED.**

Dated this 4th day of May, 2021.

Douglas L. Rayes
United States District Judge