WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Corey Vasquez, | No. CV-21-00320-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Dan Keen Services Incorporated, et al., | |
| Defendants. | |

Before the Court is Defendants' motion to quash subpoenas and Plaintiff's response in opposition. (Docs. 23, 24.) Defendants argue that no subpoenas should issue in this case because, as argued in their motion to dismiss, Plaintiff's unpaid wage claim is meritless. Fed. R. Civ. P. 45 (d)(3) sets out the circumstances in which quashing or modifying a subpoena is appropriate. The rule does not provide for the quashing of a subpoena merely because a party believes the opposing side's case has no basis and because a motion to dismiss is currently pending.

**IT IS ORDERED** that Defendants' motion to quash subpoenas (Doc. 23) is **DENIED.**

Dated this 21st day of May, 2021.

Douglas L. Rayes
United States District Judge