EXHIBIT 1

**EXHIBIT 1**

# SETTLEMENT AGREEMENT AND RELEASE

This Settlement Agreement and Release ("Agreement") is made effective as of July 30, 2021, by and between Dan Keen Services, Inc.; Daniel Keen; Cleo Keen ("Defendants"); and Corey Vasquez ("Plaintiff") who has full authority to enter a settlement on behalf of the collective members (collectively known as "Parties").

## RECITALS

A.  Plaintiff alleges that Defendants did not pay overtime in violation of the Fair Labor Standards Act, 29 U.S.C. § 201-219.

B.  Plaintiff has filed *Vasquez v Dan Keen Services, Inc. et al.* 2:21-cv-00320-DLR (the "lawsuit").

C.  Defendants dispute that they did not pay overtime in violation of the Fair Labor Standards Act;

D.  The Parties desire to resolve all disputes and settle these matters.

**IT IS AGREED:**

**Settlement Payment.** Defendants agree to pay a sum total of $37,500 with a payment of $25,000 upfront, received seven (7) days after Plaintiff Vasquez signs this agreement. Installment payments of $1,500 shall be paid on the 15th of every month with the first being due on September 15, 2021. Payments will be allocated as the following:

1) Payment to "The Zoldan Law Group" as attorneys' fees and costs in the amount of $26,300.

2) Payment to Plaintiff Vasquez in the amount of $5,000.

3) Payment to opt-in member Zachary O'Reilly in the amount of $500.

4) Payment to opt-in member David Miller in the amount of $500.

5) Payment for opt-in pit in the amount of $1,500.

6) Payment for Mediation fees in the amount of $3,700.

**Additional terms:**

Defendants agree to file a Dismissal with Prejudice of any and all Justice Court claims against Plaintiff.

Defendants agree not to contest Plaintiff's unemployment and Defendants agree to contact DES and inform it that they are not contesting it and will withdraw any and all appeals. Defendants further agree to contact Integrity Outsource and inform them they want to drop any and all appeals and ask for Integrity Outsource not to contest unemployment or be present to any additional appeals. Plaintiff acknowledges that the pending unemployment claim was made as to Integrity Outsource and that Defendants do not have control over Integrity Outsource. Plaintiff Vasquez agrees that he will notify DES no later than 30 days from the date of this Agreement that he has found other employment or wishes to terminate any pending request for unemployment benefits. Plaintiff Vasquez further agrees that he will not make any future unemployment claims against or related to his time working for Dan Keen Services or Integrity Outsource as it relates to his prior employment with Dan Keen Services.

Plaintiff Vasquez and the opt-in members will file a Dismissal with Prejudice subject to Court approval.

**Liquidated Damages.** For any late payments, including bad or bounced checks, Defendants agree to pay as liquidated damages an amount of $150 per day. Payments need to be received by the 15th of each month (not mailed on the 15th).

**Parties' Release.** In exchange for the consideration and mutual promises herein, the Parties agree to settle all claims known or unknown against all other Parties as of the date that Plaintiff executes this agreement.

**Agreement Not to Disparage.** Neither party will disparage the other. This provision shall prohibit any form of disparagement, whether written or verbal. Any finding by a court that a violation by any of this agreement will result in liquidated damages against said person of $5,000.00 plus any attorneys' fees.

**Successors Bound.** This Agreement shall bind, benefit and inure to the parties' respective heirs, successors, assigns affiliates, members, agents, servants, employees and attorneys related to the settlement of claimed wages.

**Governing Law.** This Agreement shall be construed, interpreted and enforced in accordance with the laws of the State of Arizona.

**Entire Agreement.** This Agreement constitutes the full and complete understanding of the parties regarding its subject matter and supersedes any prior understanding or agreement, whether oral or in writing.

**Breach of this Agreement.** The parties agree that if any party successfully resorts to legal action to enforce its rights under this Agreement, the losing party shall be liable for reasonable attorneys' fees and costs incurred by the successful party calculated by the attorneys' *lodestar* rate * hours spent.

**Execution.** This Agreement may be executed in counterparts, each of which will be deemed an original document, with the same force and effect as if all signatures appeared on one document.

**IN WITNESS WHEREOF**, the parties have hereunto set their hand as of the dates set forth below.

Dated: 8/2/2021

_____
Dan Keen Services, Inc. (Defendant)

Dated: 8/2/2021

_____
Dan Keen (Defendant)

Dated: 8/2/2021

_____
Cleo Keen (Defendant)

Dated: 08 / 02 / 2021

_____
Corey Vasquez (Plaintiff)