1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Corey Vasquez, | No. CV-21-00320-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Dan Keen Services Incorporated, et al., | |
| Defendants. | |

The Court having reviewed the parties' Joint Motion to Approve FLSA Settlement (Doc. 67), and good cause appearing;

**IT IS ORDERED** that the parties' joint motion is GRANTED. The Court approves the settlement of Plaintiffs' FLSA claims, and the case is dismissed with prejudice.

**IT IS FURTHER ORDERED** that the Court will retain exclusive jurisdiction over this matter, with respect to effectuation and supervising the interpretation, implementation, and enforcement of any settlement, including enter judgment against Defendants if they breach the settlement payment plan.

Dated this 4th day of August, 2021.

Douglas L. Rayes
United States District Judge